UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER BRIGGS,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>AETNA PHARMACY MANAGEMENT et al,<br><br>　　　　　　Defendants. | CASE NO. 3:24-cv-05073-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 7) |

Having reviewed *de novo* the Report and Recommendation (Dkt. No. 7) of United States Magistrate Judge Theresa L. Fricke and the remaining record, and finding no objections to the Report and Recommendation, the Court ORDERS that:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 7);

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 7) - 1

2.  Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 2) is DENIED; and

3.  Plaintiff's action is DISMISSED without prejudice.

Dated this 10th day of April 2024.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 7) - 2